# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

LARON L. GRIFFIN                                                                                           PLAINTIFF
ADC #163638

v.                                           2:21-cv-00082-KGB-JJV

DEXTER PAYNE, Director, ADC; *et al.*                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court<br>
Eastern District of Arkansas<br>
600 West Capitol Avenue, Suite A149<br>
Little Rock, AR 72201-3325

## DISPOSITION

Laron L. Griffin is a prisoner in the East Arkansas Regional Unit of the Arkansas Division of Correction ("ADC"). In July 2021, he and nineteen other inmates attempted to file a joint, *pro se* Complaint alleging Defendants violated their constitutional rights as protected by 42 U.S.C. § 1983. (Doc. 1.) Pursuant to Court policy, the Clerk severed the Complaint into twenty separate lawsuits with the above number being assigned to Mr. Griffin's ("Plaintiff's") case.

1

Plaintiff did not pay the filing fee or seek permission to proceed *in forma* pauperis when he filed this action. Accordingly, on July 23, 2021, I entered an Order giving Plaintiff thirty (30) days to either pay the filing fee in full or file a Motion to Proceed *In Forma Pauperis*. (Doc. 2.) I also provided the necessary forms and advised Plaintiff I would recommend dismissal if he failed to timely comply with my instructions. (*Id.*) Plaintiff has not responded to my Order, and the time to do so has expired. Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 27th day of August 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE